**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
STATOIL (NIGERIA) LIMITED and TEXACO :
NIGERIA OUTER SHELF LIMITED :
:
                Petitioners, :     18 CV. 2392 (RMB)
     - against - :     **ORDER**
:
NIGERIAN NATIONAL PETROLEUM :
CORPORATION :
                Respondent. :
-------------------------------------------------------------x

      The Court will hear oral argument on Monday, April 20, 2020 at 11:00 a.m.

regarding Petitioners' Amended Petition to Recognize and Enforce Foreign Arbitral

Awards and Request for Pre-Judgment Security and Respondent's Motion to Dismiss the

Amended Petition. Each party will have up to thirty (30) minutes, which includes any time

reserved for rebuttal. Counsel for Petitioners will go first.

      Counsel should also be prepared to support their application(s) for sealing, bearing

in mind that public policy favors public access.

      The hearing will be conducted via teleconference. Dial-in instructions are as

follows:

      Teleconference Number: 1-877-336-1829

      Access Code: 6265989

      Interested parties and counsel should contact Chambers via email, at
bermannysdchambers@nysd.uscourts.gov by Friday, April 17, 2020 noon, to
obtain the security code needed to participate in the conference.

Dated: New York, New York
      April 15, 2020

                             _____
                               **RICHARD M. BERMAN**
                               **U.S.D.J.**