UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
STATOIL (NIGERIA) LIMITED, et al.,

                Petitioners,                18-cv-2392 (PKC)

    -against-                          ORDER

NIGERIAN NATIONAL PETROLEUM
CORPORATION,
                Respondent.

-----------------------------------------------------------x

CASTEL, U.S.D.J.

       The above action was reassigned to the undersigned on January 28, 2022. From a review of the docket, the motion to dismiss (Doc 50) was argued on April 20, 2020. The Court notes that, thereafter, several letters addressing supplemental authority have been filed. In addition, a declaration was filed by petitioner placing 27 documents before the Court that are purportedly relevant to the motion to dismiss. In addition, an amended petition was filed on June 18, 2020. The Court understands that the amended petition was filed pursuant to the direction of the Court at the April 20 oral argument. (Apr. 20, 2020, Tr. 4.)

       The parties are directed to meet and confer and file a joint letter within 14 days addressing the following: (1) whether either party has an application they wish to make with regard to the matters addressed in the Clerk's Letter of January 28, 2022 (Doc 87); (2) the impact, if any, of the filing of the amended petition on the pending motion; and (3) confirmation that the parties agree that the pending motion (Doc 50) is fully submitted and that there are no other pending applications or motions in this matter. Separately, within 14 days, the parties shall

- 2 -

submit to Chambers via email (but not file on the docket) a letter describing the status of the settlement negotiations that were referenced at the April 20, 2022 proceeding.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
February 1, 2022