UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
STATOIL (NIGERIA) LIMITED, et al.,

                          Petitioners,                 18-cv-2392 (PKC)

      -against-                              ORDER


NIGERIAN NATIONAL PETROLEUM
CORPORATION,
                          Respondent.


-----------------------------------------------------------x

CASTEL, U.S.D.J.

          In a letter submitted to the Court but not docketed, the parties jointly requested a stay of the petition and the motion to dismiss for various reasons including the pendency of a case with a related issue in the Second Circuit.

          The Court will stay the matter until thirty days following a ruling by the Second Circuit in Esso Exploration, etc. v Nigerian 19-03159(L); 19-03361(XAP) (2d Cir. Oct 2, 2019). The Clerk is directed to administratively terminate the motion (Doc 50). The motion may be reinstated by submitting a letter to the Court within fourteen days of the expiration of the stay.


          SO ORDERED.


                                      P. Kevin Castel
                            United States District Judge

Dated: New York, New York
       February 15, 2022